UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HARRY STEVE PETROS,

    Plaintiff,

v.                                                                                             Case No. 2:04-cv-129
                                                                                          HON. DAVID W. MCKEAGUE

DONNA DEFILIPPO, et al.,

    Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Docket #21) is approved and adopted as the opinion of the Court.

2. Plaintiff's complaint is DISMISSED for failure to prosecute.

Dated: May 27, 2005                                              /s/ David W. McKeague
                                                                               DAVID W. MCKEAGUE
                                                                               UNITED STATES DISTRICT JUDGE